In the Matter of JOSEPHINE HUBBARD v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to dispense with printing and for other relief granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

MARCIA BEN AMI MICHEL v. YITSHAQ BEN AMI.— Motion for leave to dispense with printing and for other relief granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

MAUDE H. HILL v. HUDSON VIEW GARDENS, INC.— Motion for an order settling the proposed case on appeal denied without prejudice, however, to a renewal thereof after the record has been settled by the trial court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

FRANCES M. PURDY et al., as Executors of HERBERT McL. PURDY, Deceased, v. FREDERICK A. PURDY.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Motion for leave to dispense with printing and for other relief denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

FRANCES M. PURDY v. FREDERICK A. PURDY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Motion for leave to dispense with printing and for other relief denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

FRANCES M. PURDY et al., as Executors of HERBERT McL. PURDY, Deceased, v. FIFTH MADISON CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Motion for leave to dispense with printing and for other relief denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HABIB RIAD HAWA.— Motion for an assignment of counsel granted to the extent of appointing Myron J. Greene, Esq., of 259 Broadway, New York 7, New York, and Robert M. Dubow, Esq., of 60 East 42nd Street, New York 17, New York, as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

(A) RACHEL MOORE v. HAMILTON ESTATES, INC., et al. (B) CLARA LENICK v. WILLIAM LENICK.— Motion for leave to dispense with printing denied,